AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | | |
|---|---|---|
| DARRIN SMOLINSKI | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. C08 01809 |
| CITY OF PACIFIC GROVE | ) | |
| Defendant | ) | |

E-FILING

ADR

RS

## Summons in a Civil Action

To:   CITY OF PACIFIC GROVE

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEPHEN J. USOZ, ESQ., SBN 189095
HOGAN HOLMES & USOZ LLP
333 West Santa Clara Street, Suite 800
San Jose, California  95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date: _____04/03/2008_____

Deputy clerk's signature

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 10/93) Summons in a Civil Action

Case #C08- 01809    Smolinski v City of Pacific Grove, et al.
Summons; Complaint; Civil Case Coversheet; Setting Case Management Conference and
ADR Deadline; Local Rules Guidelines

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | April 11, 2008   3 p.m. |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Joel Bret Spencer | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
300 Forest Ave, Pacific Grove, CA 93950

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

☒ Clerk of the City of Pacific Grove, by Serving Charlene Wisemane, Deputy City
Manager, Authorized to Accept
Returned unexecuted:

Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | 72.50 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___April 14, 2008___

*Date*

Signature of Server
Joel Bret Spencer #1141

JOEL BRET SPENCER
SANTA CLARA COUNTY #114

Address of Server
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.