AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-FILING

| | |
|---|---|
| DARRIN SMOLINSKI | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| PACIFIC GROVE POLICE DEPARTMENT | ) |
| Defendant | ) |

ADR

C08 01809

RS

### Summons in a Civil Action

To: **PACIFIC GROVE POLICE DEPARTMENT**
(Defendant's name)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEPHEN J. USOZ, ESQ., SBN 189095
HOGAN HOLMES & USOZ LLP
333 West Santa Clara Street, Suite 800
San Jose, California 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 04/03/2008

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 10/93) Summons in a Civil Action

Case #C08- 01809   Smolinski v City of Pacific Grove, et al.
Summons; Complaint; Civil Case Coversheet; Setting Case Management Conference and ADR Deadline; Local Rules Guidelines

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: April 11, 2008   3 p.m.

Name of SERVER (PRINT): Joel Bret Spencer

TITLE: Registered Process Server

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
300 Forest Ave., Pacific Grove, CA 93950

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

[X] Pacific Grove Police Department, by Serving Charlene Wisemane, Deputy City Manager, Authorized to Accept

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 27.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 14, 2008
Date

Signature of Server
Joel Bret Spencer #1141

JOEL BRET SPENCER
SANTA CLARA COUNTY #1141

Address of Server
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.