```
 1  STEPHEN J. USOZ, ESQ., SBN 189095
    LESLIE HOLMES, ESQ., SBN 192608
 2  YAMIN T. MAUNG, ESQ., SBN 253538
    HOGAN HOLMES & USOZ LLP
 3  333 West Santa Clara Street, Suite 800
    San Jose, California  95113
 4  Telephone (408) 292-7600
    susoz@hoganlaw.com
 5
    Attorneys for Plaintiff Darrin Smolinski
 6
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
12  DARRIN SMOLINSKI, an individual   )  Case No:  C 08-01809
                                      )
13          Plaintiff,                )
                                      )  DECLINATION TO PROCEED BEFORE
14      v.                            )  A MAGISTRATE JUDGE
                                      )  AND
15  CITY OF PACIFIC GROVE, a public entity; )  REQUEST FOR REASSIGNMENT TO A
    PACIFIC GROVE POLICE DEPARTMENT,  )  UNITED STATES DISTRICT JUDGE
16  a public entity, SCOTT MILLER, an )
    individual, DARIUS ENGLES, an individual. )
17                                    )
            Defendants                )
18                                    )
19  _____
20
21  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
22  Plaintiff Darrin Smolinski hereby declines to consent to the assignment of this case to a United
23  States Magistrate Judge Richard Seeborg for trial and disposition and hereby requests the
24  reassignment of this case to a United States District Judge.
25  Dated:  April 24, 2008              HOGAN, HOLMES & USOZ, LLP
26
27                                      _____
                                         STEPHEN J. USOZ
28                                       Attorney for Plaintiff Darrin Smolinski
```

Declination to proceed before Magistrate Judge

1

CASE NAME: SMOLINSKI v. CITY OF PACIFIC GROVE, ET AL.
CASE NUMBER: C 08-01809

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

X  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| City of Pacific Grove<br>Charlene Wisemane, Deputy City Mngr.<br>300 Forest Avenue<br>Pacific Grove, CA 93950 | Pacific Grove Police Department<br>Charlene Wisemane, Deputy City Mngr.<br>300 Forest Avenue<br>Pacific Grove, CA 93950 |
| Darius Engles, Chief of Police<br>580 Pine Avenue<br>Pacific Grove, CA 93950 | Scott Miller, Office of the Mayor<br>300 Forest Avenue<br>Pacific Grove, CA 93950 |

X  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 24, 2008, at San Jose, California.

*[signature]*

Mary Nguyen

---

Declination to proceed before Magistrate Judge

2