UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
| Clerk | 408.535.5364 |

April 24, 2008

**CASE NUMBER:  CV 08-01809 RS**
**CASE TITLE:  DARRIN SMOLINSKI-v-CITY OF PACIFIC GROVE, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/24/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 04/24/08 tsh |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA