1    STEPHEN J. USOZ, ESQ., SBN 189095
     LESLIE HOLMES, ESQ., SBN 192608
2    YAMIN T. MAUNG, ESQ., SBN 253538
     HOGAN HOLMES & USOZ LLP
3    333 West Santa Clara Street, Suite 800
     San Jose, California  95113
4    Telephone (408) 292-7600
     susoz@hoganlaw.com
5
     Attorneys for Plaintiff Darrin Smolinski
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   DARRIN SMOLINSKI, an individual       )   Case No:   C 08-01809
                                           )   Related Case: C 01-20496
13            Plaintiff,                    )
                                           )
14         v.                              )   **ADMINISTRATIVE MOTION TO**
                                           )   **CONSIDER WHETHER CASE C 08-01809**
15   CITY OF PACIFIC GROVE, a public entity; )   **SHOULD BE RELATED TO CASE C 01-**
     PACIFIC GROVE POLICE DEPARTMENT,      )   **20496**
16   a public entity, SCOTT MILLER, an     )
     individual, DARIUS ENGLES, an individual. )
17                                         )
              Defendants                   )
18                                         )
                                           )
19   _____)

20         Pursuant to Local Rules 3-12 and 7-11 of theUnited States District Court for the Northern

21   District of California, plaintiff Darrin Smolinski hereby seeks, by way of administrative motion,

22   consideration as to whether his present action, Case No. C 08-01809, should be related to a

23   previous action, Case No. C 01-20496, and be assigned to the Honorable James Ware.

24         Previously before this Court was an action entitled *Rhonda Ramey vs. City of Pacific*

25   *Grove, California, a municipal corporation; Ross Hubbard, individually and in his official*

26   *capacity; Scott Miller, individually and in his official capacity, et al.*, No. C 01-20496 JW,

27   ("20496 Action") a Title VII claim brought by Rhonda Ramey, a bisexual female police officer.

28

_____

NOTICE OF RELATED CASE

1

1  Plaintiff Smolinski alleges in the present action that defendants, and each of them, retaliated

2  against him for his testimony against them, on Ms. Ramey's behalf, in the 20496 Action.

3        The Honorable James Ware presided over the 20496 Action during its litigation, and is

4  therefore well grounded in the facts, issues, and parties relating to the discrimination and

5  retaliation claims made by plaintiff Smolinski.  It is therefore a certainty that if this case is

6  assigned to any judge other than Judge Ware, there will be an unduly burdensome duplication of

7  labor by the Court, and of expense to the parties. L.R. 3-12(a)(2).

8        Assignment of this case to Judge Ware is therefore likely to conserve judicial resources

9  and promote an efficient determination of this action.

10       Plaintiff Smolinski respectfully requests that this matter be deemed related to the 20496

11  Action and be assigned to Judge Ware.

12                         Respectfully Submitted,

13

14  Dated:  April 25, 2008                HOGAN, HOLMES & USOZ, LLP

15

16

17                         STEPHEN J. USOZ
                           Attorney for Plaintiff Darrin Smolinski

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE

2

1

**ORDER**

2      Pursuant to the administrative motion filed by plaintiff, and good cause appearing

3  therefore, Case No. C-08-01809 is deemed related to Case No. C-01-20496 JW, and shall be

4  assigned to the Honorable James White.

5      IT IS SO ORDERED.

6

7  Dated: _____               _____
                                        JUDGE OF THE DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE

3

CASE NAME:                                                    SMOLINSKI
v. CITY OF PACIFIC GROVE, ET AL.
CASE NUMBER: C 08-01809

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113.  I am employed in the county of Santa Clara where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

      (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

X    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

      (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

      (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Kathleen Darmagnac, Esq. | William Weiss, Esq. |
| Law Offices of Stubbs & Leone | Law Offices of William E. Weiss |
| 2175 N. California Boulevard, Suite 900 | 130 Sutter Street, 7th Floor |
| Walnut Creek, CA 94596 | San Francisco, CA 94104 |

Colin Lee Pearce
Duane Morris LLP
One Market, Spear Tower Suite 2000
San Francisco, CA 94105

X    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2008, at San Jose, California.

_____
Yamin T. Maung

NOTICE OF RELATED CASE

4