| | |
|---|---|
| 1 | BEST BEST & KRIEGER LLP |
|   | GENE TANAKA, Bar No. 101423 |
| 2 | Gene.Tanaka@bbklaw.com |
|   | 3750 University Avenue, Suite 400 |
| 3 | P.O. Box 1028 |
|   | Riverside, CA 92502 |
| 4 | Telephone:   (951) 686-1450 |
|   | Telecopier:  (951) 686-3083 |
| 5 | |
| 6 | Attorneys for Defendants |
|   | City of Pacific Grove, Pacific Grove Police |
|   | Department, Scott Miller and Darius Engles |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI, an individual, | Case No. CV 08-01809 RMW |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CITY OF PACIFIC GROVE, a public entity; PACIFIC GROVE POLICE DEPARTMENT, a public entity, SCOTT MILLER, an individual, DARIUS ENGLES, an individual., | |
| Defendants. | |

RVLIT\CGERMANO\730903.1

STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND TO
COMPLAINT CV 08-01809 RMW

Plaintiff Darrin Smolinski ("Plaintiff"), by and through his attorneys of record, Hogan Holmes & Usoz LLP, and defendants City of Pacific Grove, Pacific Grove Police Department, Scott Miller and Darius Engles (collectively, "Defendants"), by and through their attorneys of record, Best Best & Krieger LLP, hereby stipulate to extend the time in which Defendants have to respond to Plaintiff's Complaint herein by thirty (30) days, such that Defendants' response to the Complaint will be due on or before June 2, 2008.

GOOD CAUSE EXISTS for the requested extension. Defendants have just retained Best Best & Krieger LLP, and counsel needs time to investigate the allegations in the Complaint and determine an appropriate response.

Date: April __, 2008.
5-1-2008

HOGAN HOLMES & USOZ LLP

By: _____
Stephen J. Usoz
Leslie Holmes
Yamin T. Maung
Attorneys for Plaintiff
Darrin Smolinski

Date: April 30, 2008.

BEST BEST & KRIEGER LLP

By: _____
Gene Tanaka
Attorneys for Defendants
City of Pacific Grove, Pacific Grove Police Department, Scott Miller and Darius Engles

RVLIT\CGERMANO\730903.1

- 2 -

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT CV 08-01809 RMW