

1  STEPHEN J. USOZ, ESQ., SBN 189095
   LESLIE HOLMES, ESQ., SBN 192608
2  YAMIN T. MAUNG, ESQ., SBN 253538
   HOGAN HOLMES & USOZ LLP
3  333 West Santa Clara Street, Suite 800
   San Jose, California 95113
4  Telephone (408) 292-7600
   susoz@hoganlaw.com
5
6  Attorneys for Plaintiff Darrin Smolinski

5/2/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PACIFIC GROVE, a public entity; PACIFIC GROVE POLICE DEPARTMENT, a public entity, SCOTT MILLER, an individual, DARIUS ENGLES, an individual.<br><br>Defendants | Case No:  C 08-01809 RMW<br>Related Case: C 01-20496 JW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE C 08-01809 SHOULD BE RELATED TO CASE C 01-20496** |

Pursuant to Local Rules 3-12 and 7-11 of the United States District Court for the Northern District of California, plaintiff Darrin Smolinski hereby seeks, by way of administrative motion, consideration as to whether his present action, Case No. C 08-01809, should be related to a previous action, Case No. C 01-20496, and be assigned to the Honorable James Ware.

Previously before this Court was an action entitled *Rhonda Ramey vs. City of Pacific Grove, California, a municipal corporation; Ross Hubbard, individually and in his official capacity; Scott Miller, individually and in his official capacity, et al.*, No. C 01-20496 JW, ("20496 Action") a Title VII claim brought by Rhonda Ramey, a bisexual female police officer.

---

NOTICE OF RELATED CASE

1

1  Plaintiff Smolinski alleges in the present action that defendants, and each of them, retaliated
2  against him for his testimony against them, on Ms. Ramey's behalf, in the 20496 Action.
3      The Honorable James Ware presided over the 20496 Action during its litigation, and is
4  therefore well grounded in the facts, issues, and parties relating to the discrimination and
5  retaliation claims made by plaintiff Smolinski. It is therefore a certainty that if this case is
6  assigned to any judge other than Judge Ware, there will be an unduly burdensome duplication of
7  labor by the Court, and of expense to the parties. L.R. 3-12(a)(2).
8      Assignment of this case to Judge Ware is therefore likely to conserve judicial resources
9  and promote an efficient determination of this action.
10     Plaintiff Smolinski respectfully requests that this matter be deemed related to the 20496
11 Action and be assigned to Judge Ware.

Respectfully Submitted,

Dated: April 25, 2008

HOGAN, HOLMES & USOZ, LLP

_____
STEPHEN J. USOZ
Attorney for Plaintiff Darrin Smolinski

NOTICE OF RELATED CASE

2

1

**ORDER**

2   The Court has reviewed the Motion and determined that no cases are related and no reassignments shall occur.

3

4

5   IT IS SO ORDERED.

6

7   Dated:   May 2, 2008                         _____

8                                                JUDGE OF THE DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE

| | |
|---|---|
| CASE NAME: | SMOLINSKI |
| v. CITY OF PACIFIC GROVE, ET AL. | |
| CASE NUMBER: C 08-01809 | |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

    (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

X   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Kathleen Darmagnac, Esq.  
Law Offices of Stubbs & Leone  
2175 N. California Boulevard, Suite 900  
Walnut Creek, CA 94596  

William Weiss, Esq.  
Law Offices of William E. Weiss  
130 Sutter Street, 7th Floor  
San Francisco, CA 94104  

Colin Lee Pearce  
Duane Morris LLP  
One Market, Spear Tower Suite 2000  
San Francisco, CA 94105  

X   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2008, at San Jose, California.

Yamin T. Maung

---

NOTICE OF RELATED CASE

4