1  STEPHEN J. USOZ, ESQ., SBN 189095
   LESLIE HOLMES, ESQ., SBN 192608
2  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara Street, Suite 800
3  San Jose, California  95113
   Telephone (408) 292-7600
4  susoz@hoganlaw.com

5  Attorneys for Plaintiff Darrin Smolinski

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  DARRIN SMOLINSKI, an individual        )  Case No:  C-08-01809 RMW
                                           )
13             Plaintiff,                   )
                                           )
14       v.                                 )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER CONTINUING INTIAL CASE**
15  CITY OF PACIFIC GROVE, a public entity; )  **MANAGEMENT CONFERENCE**
    PACIFIC GROVE POLICE DEPARTMENT,       )
16  a public entity, SCOTT MILLER, an      )
    individual, DARIUS ENGLES, an individual. )
17                                         )
               Defendants.                  )
18                                         )
                                           )
19  ────────────────────────────────────── )

20      WHEREAS, on April 3, 2008, plaintiff Darrin Smolinski ("Plaintiff") filed his Complaint

21  for Damages against Defendants City of Pacific Grove, Pacific Grove Police Department, Scott

22  Miller and Darius Engles ("Defendants"),

23      WHEREAS, on April 24, 2008, the above-entitled action was reassigned to Honorable

24  Ronald M. Whyte and the Court set the deadline to file a Joint Case Management Statement on

25  July 15, 2008 and an initial Case Management Conference for July 25, 2008,

26      WHEREAS, on May 2, 2008, Plaintiff and Defendants stipulated to allow Defendants

27  time to respond to complaint by either filing an Answer or a Motion to Dismiss,

28

1    WHEREAS, on May 29, 2008, Plaintiff filed and served his First Amended Complaint,

2    WHEREAS, on July 11, 2008, Plaintiff will file and serve his Second Amended

3    Complaint,

4    WHEREAS, given the pendency of Defendants' response to the Complaint, the parties

5    agree to continue the July 15, 2008 Joint Case Management Statement deadline and the July 25,

6    2008 Case Management Conference to allow Defendants' to file an appropriate response to the

7    Complaint,

8    THE PARTIES THEREFORE STIPULATE and respectfully request that the Court

9    continue the currently set July 15, 2008 Joint Case Management deadline to September 16, 2008,

10   and continue the currently set July 25, 2008 Case Management Conference to September 26,

11   2008, at 10:30 a.m., or as soon thereafter as the Court's schedule will allow.

12

13

14   Dated: July 11, 2008                    HOGAN HOLMES & USOZ LLP

15

16                                           _____/S/_____

17                                           STEPHEN J. USOZ
                                             LESLIE HOLMES
18                                           Attorneys for Plaintiff

19

20
     Dated: July 11, 2008                    BEST BEST & KRIEGER LLP
21

22
                                             _____/S/_____
23                                           CYNTHIA GERMANO
                                             HOWARD B. GOLDS
24                                           Attorneys for Defendants

25

26

27

28

Stipulation and Order                                        Case No. CO8-01809 RMW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____     _____

HONORABLE RONALD M. WHYTE