HOWARD B. GOLDS, Bar No. 112626
howard.golds@bbklaw.com
CYNTHIA M. GERMANO, Bar No. 151360
Cynthia.germano@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Defendants
City of Pacific Grove, Pacific Grove Police
Department, and Scott Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PACIFIC GROVE, a public entity; PACIFIC GROVE POLICE DEPARTMENT, a public entity, SCOTT MILLER, an individual, DARIUS ENGLES, an individual.,<br><br>　　　　Defendants. | Case No. CV 08-01809 RMW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SIXTH, SEVENTH, EIGHTH AND TENTH CAUSES OF ACTION IN PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOTION TO STRIKE PUNITIVE DAMAGE ALLEGATIONS**<br><br>[F.R.C.P. 12(b)(6) and (f).]<br><br>Date:　September 19, 2008<br>Time:　9:00 a.m.<br>Courtroom: 6 |

1  This Court, having read and considered the papers submitted by the parties,
2  and finding good cause therefore, orders that the Motion to Dismiss Sixth, Seventh,
3  Eighth and Tenth Claims for Relief in Plaintiff's Second Amended Complaint and
4  Motion to Strike Punitive Damage Allegations pursuant to Rule 12(b)(6) and (f) of
5  the Federal Rules of Civil Procedure filed by defendants City of Pacific Grove,
6  Pacific Grove Police Department and Scott Miller is hereby GRANTED with
7  prejudice, as none of Plaintiffs claims state a claim upon which relief may be
8  granted and punitive or exemplary damages are barred as a matter of law against
9  public entities.

Date _____          Honorable Ronald M. Whyte
                                      U.S. District Court Judge

_____

1   PROPOSED ORDER