1  STEPHEN J. USOZ, ESQ., SBN 189095
   LESLIE HOLMES, ESQ., SBN 192608
2  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara Street, Suite 800
3  San Jose, California 95113
   Telephone (408) 292-7600
4  susoz@hoganlaw.com

5  Attorneys for Plaintiff Darrin Smolinski

*E-FILED - 7/22/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PACIFIC GROVE, a public entity; PACIFIC GROVE POLICE DEPARTMENT, a public entity, SCOTT MILLER, an individual, DARIUS ENGLES, an individual.<br><br>Defendants. | Case No:   C-08-01809 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INTIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on April 3, 2008, plaintiff Darrin Smolinski ("Plaintiff") filed his Complaint for Damages against Defendants City of Pacific Grove, Pacific Grove Police Department, Scott Miller and Darius Engles ("Defendants"),

WHEREAS, on April 24, 2008, the above-entitled action was reassigned to Honorable Ronald M. Whyte and the Court set the deadline to file a Joint Case Management Statement on July 15, 2008 and an initial Case Management Conference for July 25, 2008,

WHEREAS, on May 2, 2008, Plaintiff and Defendants stipulated to allow Defendants time to respond to complaint by either filing an Answer or a Motion to Dismiss,

---

Stipulation and Order                                                                 Case No. CO8-01809 RMW

1

WHEREAS, on May 29, 2008, Plaintiff filed and served his First Amended Complaint,

WHEREAS, on July 11, 2008, Plaintiff will file and serve his Second Amended Complaint,

WHEREAS, given the pendency of Defendants' response to the Complaint, the parties agree to continue the July 15, 2008 Joint Case Management Statement deadline and the July 25, 2008 Case Management Conference to allow Defendants' to file an appropriate response to the Complaint,

THE PARTIES THEREFORE STIPULATE and respectfully request that the Court continue the currently set July 15, 2008 Joint Case Management deadline to September 16, 2008, and continue the currently set July 25, 2008 Case Management Conference to September 26, 2008, at 10:30 a.m., or as soon thereafter as the Court's schedule will allow.

Dated: July 11, 2008                     HOGAN HOLMES & USOZ LLP


                                         _____/S/_____
                                         STEPHEN J. USOZ
                                         LESLIE HOLMES
                                         Attorneys for Plaintiff


Dated: July 11, 2008                     BEST BEST & KRIEGER LLP


                                         _____/S/_____
                                         CYNTHIA GERMANO
                                         HOWARD B. GOLDS
                                         Attorneys for Defendants

Stipulation and Order                                       Case No. CO8-01809 RMW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/22/08

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE