STEPHEN J. USOZ, ESQ., SBN 189095
LESLIE HOLMES, ESQ., SBN 192608
HOGAN HOLMES & USOZ LLP
333 West Santa Clara Street, Suite 800
San Jose, California 95113
Telephone (408) 292-7600

Attorneys for Plaintiff Darrin Smolinski

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PACIFIC GROVE, a public entity; PACIFIC GROVE POLICE DEPARTMENT, a public entity, SCOTT MILLER, an individual.<br><br>Defendants | Case No: C-08-01809 RMW<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>**Date: September 19, 2008**<br>**Time: 9:00 a.m.**<br>**Dept: 6**<br>**Honorable Ronald M. Whyte** |

Plaintiff Darrin Smolinski hereby requests that the Court take judicial notice of the following pursuant to Federal Rules of Evidence 201.

1. Article 21 of the Charter of the City of Pacific Grove, California
2. Article 45 of the Charter of the City of Pacific Grove, California

Copies of these articles are attached hereto as Exhibit A

Dated: August 29, 2008

HOGAN, HOLMES & USOZ LLP

/S/
STEPHEN J. USOZ
LESLIE HOLMES
Attorneys for Plaintiff

Request for Judicial Notice

1

**CHARTER of the CITY OF PACIFIC GROVE, CALIFORNIA**
**Article 21. Interference with or by City Manager**

**Article 21.    Interference with or by City Manager**

Neither the Council nor any of its committees or members shall dictate or attempt to dictate, either directly or indirectly, the appointment of any person to office or employment by the City Manager, or in any manner interfere with the City Manager or prevent the City Manager from exercising his or her own judgment in the appointment of officers and employees in the administrative service. Except for the purpose of inquiry the Council and its members shall deal with the administrative service solely through the City Manager, and neither the Council nor any member thereof shall give orders to any of the subordinates of the City Manager, either publicly or privately.
(Amended in the November 6, 1990 general election).

**CHARTER of the CITY OF PACIFIC GROVE, CALIFORNIA**
  **Article 45. Violation of Charter**

**Article 45.    Violation of Charter**

Violation of any provision of this Charter shall be deemed a misdemeanor and shall be punishable upon conviction by a fine of not exceeding one thousand dollars ($1,000.00) or by imprisonment for a term not exceeding one year or by both such fine and imprisonment.
(Introduced in the June 5, 1984 general election).

NEXT