1

2

3

4                                                    **E-FILED on**  10/27/2008

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12    DARRIN SMOLINSKI ,                    No. C-08-01809 RMW

13              Plaintiff,

14        v.                                ORDER GRANTING IN PART AND
                                            DENYING IN PART DEFENDANTS'
15    CITY OF PACIFIC GROVE, PACIFIC        MOTION TO DISMISS
      GROVE POLICE DEPARTMENT, SCOTT
16    MILLER,                               **[Re Docket No. 22]**

17              Defendants.

18

19        Plaintiff Darrin Smolinski ("Smolinski") sued defendants City of Pacific Grove ("City"),

20   Pacific Grove Police Department ("Department") and Scott Miller ("Miller") for alleged intimidation

21   based on his sexual orientation and committed in retaliation for his exercise of a Constitutional right.

22   Defendants moved to dismiss Smolinski's sixth, seventh, eighth and tenth claims alleging that Miller

23   interfered with his prospective economic advantage with the Department and threatened to

24   investigate Smolinski in retaliation for exercising a Constitutional right in violation of California

25   Civil Code §§ 51.7 and 52.1.  The court has read the moving and responding papers and considered

26   the arguments of counsel.

27        As explained at court, the defendants' motion to dismiss plaintiff's sixth claim is DENIED

28   with respect to defendant Miller for the time period following his employment with the police

*United States District Court*
*For the Northern District of California*

1   department.  The court GRANTS defendants' motion to dismiss plaintiff's seventh claim since no

2   negligent interference has been pleaded.  The court GRANTS defendants' motion to dismiss

3   plaintiff's eighth claim regarding violations of Code §§ 51.7 and 52.1 with leave to amend.  Plaintiff

4   has twenty (20) days from the date of this order to amend their complaint as to allegations regarding

5   Miller's alleged violation of California Civil Code § 51.7.  The parties have agreed to dismiss the

6   plaintiff's tenth claim and to strike the punitive damages allegation against the City and the

7   Department

8

9

10   DATED:        10/22/2008

*Ronald M Whyte*

11   _____
     RONALD M. WHYTE
     United States District Judge

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS
No. C-08-01809 RMW
CEA                                                        2

**United States District Court**
For the Northern District of California

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff:**

3 | Stephen J. Usoz          susoz@hoganlaw.com
Leslie Holmes                lholmes@hoganlaw.com

4 | **Counsel for Defendants:**

5 |

6 | Howard B. Golds          howard.golds@bbklaw.com
Cynthia M. Germano     cynthia.germano@bbklaw.com

7 |

8 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11 | **Dated:**   _____10/27/2008_____                    _____TSF_____
**Chambers of Judge Whyte**

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS
No. C-08-01809 RMW
CEA                                                                        3