1

2

3                                          **E-Filed on 4/15/09**

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   DARRIN SMOLINSKI, an individual,        Case No. C-08-01809-RMW

           Plaintiff,                        ORDER RE MEDIATION
13
     vs
14
     CITY OF PACIFIC GROVE, a public entity,
15   PACIFIC GROVE POLICE DEPARTMENT, a
     public entity, SCOTT MILLER, an individual,
16   DARIUS ENGLES, an individual,

17           Defendants

18

19       The parties have submitted their respective proposals for a mediator.  The parties further had

20   earlier stipulated that if they could not agree, the court would choose a mediator.  The court hereby

21   selects the Honorable Richard Silver.  If he is unable to serve, the court appoints the Honorable

22   Harkjoon Paik.

23       DATED:  April 14, 2009

24

25                                          _____
                                            RONALD M . WHYTE
26                                          United States District Judge

27

28