**E-FILED on** 6/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARREN SMOLINSKI, | No. C-08-1809 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME |
| CITY OF PACIFIC GROVE, et al, | |
| Defendants. | **[Re Docket No. 40]** |

The court has considered plaintiff's ex parte application for an order shortening with regard to plaintiff's motion relating to late disclosure of expert witnesses and defendants' opposition thereto. Plaintiff's application is granted. Plaintiff shall file and serve his motion on or before July 1, 2009. Defendants' opposition shall be filed and served no later than July 8, 2009. Plaintiffs reply papers, if any, shall be filed and served no later than July 13, 2009. The motion will be submitted for decision on the papers without oral argument.

DATED:    6/24/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME—No. C-08-1809 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| Stephen Joseph Usoz | SUsoz@Hoganlaw.com |
| Leslie Holmes | lholmes@hoganlaw.com |

**Counsel for Defendants:**

| Howard Benjamin Golds | howard.golds@bbklaw.com |
| Cynthia Marie Germano | cynthia.germano@bbklaw.com |
| Eugene Tanaka | monica.brozowski@bbklaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/24/09                                                             TER

                                                         **Chambers of Judge Whyte**