**E-FILED on** _9/16/09_

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DARREN SMOLINSKI,

          Plaintiff,

   v.

CITY OF PACIFIC GROVE, et al,

          Defendants.

No. C-08-1809 RMW

ORDER CONTINUING PRETRIAL
CONFERENCE AND TRIAL DATES

      The court is unavailable to commence trial on October 5, as presently scheduled, and has under submission defendants' pending motion for summary judgment. Accordingly, the pretrial conference presently scheduled for September 17, 2009 is continued to October 29, 2009 at 2:00 p.m., and the trial is continued from October 5, 2009 to November 16, 2009, at 1:30 p.m.

DATED:      _9/16/09_

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES—No. C-08-1809 RMW
TER

**United States District Court**
For the Northern District of California

1    **Notice of this document has been electronically sent to:**

2    **Counsel for Plaintiff:**

3    Stephen Joseph Usoz      SUsoz@Hoganlaw.com
     Leslie Holmes             lholmes@hoganlaw.com

4

5    **Counsel for Defendants:**

6    Howard Benjamin Golds      howard.golds@bbklaw.com
     Cynthia Marie Germano      cynthia.germano@bbklaw.com
7    Eugene Tanaka           monica.brozowski@bbklaw.com

8

9

10    Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11

12

13

14    **Dated:**    9/16/09                  TER

15                                          **Chambers of Judge Whyte**