**E-FILED on** 10/16/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRIN SMOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PACIFIC GROVE, et al,<br><br>    Defendants. | No. C-08-1809 RMW<br><br>JUDGMENT |

On October 16, 2009 the court granted summary judgment in favor of defendants. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants City of Pacific Grove, Pacific Grove Police Department, and Scott Miller.

DATED: 10/16/09

                /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-1809 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Stephen Joseph Usoz | SUsoz@Hoganlaw.com |
| Leslie Holmes | lholmes@hoganlaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Howard Benjamin Golds | howard.golds@bbklaw.com |
| Cynthia Marie Germano | cynthia.germano@bbklaw.com |
| Eugene Tanaka | monica.brozowski@bbklaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/16/09                                                              TER

                                                                                          **Chambers of Judge Whyte**

JUDGMENT—No. C-08-1809 RMW
TER                                                                2